UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **M.H.**, a minor, by and through her guardian ad litem Michael H.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Lawndale Elementary School District**, a local educational agency, and<br>**Elizabeth Hamilton**, in her official capacity,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01650-RGK-PLA<br><br>[~~proposed~~] Order Approving Minor's Compromise |

# [~~PROPOSED~~] ORDER APPROVING MINOR'S COMPROMISE

Having read and considered Plaintiff's Unopposed Motion for an Order Approving Minor's Compromise of Pending Action; the Memorandum of Points and Authorities in Support Thereof; the concurrently-filed declarations; and the papers and records on file with this Court in this action; and good cause having been shown, the Court finds that the settlement agreement is in the best interest of Plaintiff, M.H., the minor.

It is hereby ordered that:

1. The motion to approve the minor's compromise is granted.
2. Defendant Lawndale Elementary School District shall forward a settlement draft totaling $ 160,000.00 (One hundred sixty thousand dollars and no cents), made payable to "Law Office of Shawna L. Parks, IOLTA Account.
3. Plaintiff M.H. shall receive a total of $100,000.00 from the monetary portion of the settlement agreement. Of that:
    a. Plaintiff M.H. shall receive $30,000.00 in settlement funds, to be transferred directly from the Law Office of Shawna L. Parks Client Trust Account to a California Uniform Transfers to Minors Act account. The CUTMA account shall be established at a federally insured financial institution with Plaintiff's father Michael H. as the custodian of the account. These funds shall be used only for M.H.'s care and benefit. When Plaintiff M.H. attains the age of 18 years, without further order of this Court, custodian Michael H. is authorized and directed to pay any remaining funds directly to the former-minor M.H.
    b. Plaintiff M.H. shall receive $70,000.00 in settlement funds, to be transferred directly from the Law Office of Shawna L. Parks Client Trust Account to an interest bearing, federally insured, blocked

account in Plaintiff's name. No withdrawals of principal or interest shall be made from the blocked account without a written order under this case name and number, signed by a Judge of the United States District Court for the Central District of California, until minor M.H. attains the age of 18 years. When minor M.H. attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former-minor M.H., upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

4. Plaintiff's counsels' attorneys' fees and costs of $60,000.00 are hereby approved.

It is so ordered.

Dated: March 12, 2019

*Gary Klausner*

Honorable R. Gary Klausner
United States District Judge